SLIP OPINION

Cite as 2016 Ark. 282

# SUPREME COURT OF ARKANSAS

No. D-13-150

| | |
|---|---|
| STARK LIGON, AS EXECUTIVE DIRECTOR OF THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT<br>PETITIONER<br><br>V.<br><br>JOHN SKYLAR (SKY) TAPP<br>RESPONDENT | **Opinion Delivered:** June 23, 2016<br><br><br>MOTION TO SUBSTITUTE PORTABLE DOCUMENT FORMAT (PDF) COPIES OF THE RECORDING IN LIEU OF ABSTRACT<br><br><br>MOTION GRANTED. |

**PER CURIAM**

John Skylar "Sky" Tapp, through his attorney, Jeff Rosenzweig, has filed a motion "to substitute portable document format (PDF) copies of the record in lieu of an abstract." In his motion, Tapp states that his disbarment case has produced a record of twenty-seven volumes, seventeen of which consist of testimony and three of which contain evidentiary depositions. Tapp maintains that this court's abstracting requirement, *see* Arkansas Supreme Court Rule 4–2(a)(5) (2015), would cause considerable hardship to him and his counsel because of the inordinate amount of time and cost associated with the abstracting process.

We grant Tapp's motion with the following requirements imposed:

1. The documents must be in PDF format.

2. The documents must be internally searchable via Optical Character Recognition (OCR) that is included in Adobe Acrobat.

SLIP OPINION

3.  The documents must contain a table of contents, with sections that are internally hyperlinked to their respective places in the document.

Any further questions by the parties should be directed to our clerk for clarification or amendment.

It is so ordered.